# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DANIEL JOVANY ARROYO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2704

_____

October 31, 2025

Appeal from the Circuit Court for Hillsborough County; G. Gregory Green, Judge.

Blair Allen, Public Defender, and Maura J. Kiefer, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.